IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:09CV124-V
5:06CR51-V

| | |
|---|---|
| **ROGER KEVIN WALSH,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on its own motion.

On November 11, 2009, Petitioner filed a Motion to Vacate, Set Aside, or Correct Sentence. (Doc. No. 1). On January 19, 2010, the Government filed a Motion for Summary Judgment asking the Court to dismiss Petitioner's Motion to Vacate. (Doc. Nos. 8 and 9.) On January 26, 2010, Petitioner filed a Response in Opposition to the Motion for Summary Judgment and Motion to Strike Affidavit. (Doc. No. 10.) After reviewing the case file, the Court has concluded that a reply brief from the Government would be helpful.

**THEREFORE, IT IS HEREBY ORDERED** that no later than **twenty (20) days** from the filing of this Order, the United States Attorney shall file a reply to Petitioner's Response in Opposition to the Motion for Summary Judgment and Motion to Strike Affidavit.

Signed: March 30, 2010

Richard L. Voorhees
United States District Judge